UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NEXT LEVEL RACING LLC, a Nevada limited liability company, | ) ) ) CASE NO. 25-cv-00747-SRN-DJF |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DR globalTech, Inc., a Delaware corporation; Digital River, Inc., a Delaware corporation; and Realization Services, Inc., a New York corporation, | ) **JOINT MOTION TO AMEND** ) **PRETRIAL SCHEDULING** ) **ORDER** ) ) |
| Defendants. | ) ) |

_____

Plaintiff Next Level Racing, LLC ("Plaintiff") and Defendants DR globalTech, Inc., Digital River, Inc., and Realization Services, Inc. (collectively, "Defendants"), through their undersigned counsel, respectfully move this Court to amend the June 20, 2025 Pretrial Scheduling Order (the "Order") by modifying the deadline for the exchange of documents identified in each party's Fed. R. Civ. P. 26(a)(1) initial disclosures from August 15, 2025 to August 29, 2025.

The Order states that it may only be modified upon a showing of good cause as required by Rule 16(b)(4) Federal Rules of Civil Procedure. The Parties believe good causes exists to amend the Order because the Parties have been and are currently engaged in settlement discussions. The Parties further believe that moving the deadline by two weeks will allow the parties to focus on potential settlement and the Order's requirement to engage in settlement discussions (see Page 9 of the Order).

1

The requested modification will not hinder the Parties efforts to participate in discovery and will not delay trial or other deadlines in the Order.

The Parties respectfully and jointly request that the Court modify the deadline to exchange documents identified in each party's Fed. R. Civ. P. 26(a)(1) disclosures from August 15, 2025 to <u>August 29, 2025</u> (as found on Page 1 of the Order). The Parties do not request a hearing.

Date: August 13, 2025

By: *s/ Kirby C. Graff*
Kirby C. Graff (MN #0397330)
Sanford, Pierson, Thone & Strean, PLC
1905 E. Wayzata Boulevard, Suite 220
Wayzata, MN 55391
Phone: (952) 404-2100
Email: kirbyg@ssmnlaw.com
**Attorneys for Defendants DR globalTech, Inc., Digital River, Inc., and Realization Services, Inc.**

Date: August 13, 2025

By: *s/Shane M. Maguire*
Benjamin W. Hulse (MN #0390952)
Sheila S. Niaz (MN #0401884)
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: ben.hulse@nortonrosefulbright.com
         sheila.niaz@nortonrosefulbright.com

Shane M. Maguire (*pro hac vice*)
Jessica M. Wan (*pro hac vice*)
Ferguson Case Orr Paterson LLP
1050 South Kimball Road
Ventura, CA 93004
Phone: (805) 659-6800
Email: smaguire@fcoplaw.com
         jwan@fcoplaw.com
**Attorneys for Plaintiff Next Level Racing LLC**