## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| NEXT LEVEL RACING LLC, a Nevada limited liability company, | ) )  CASE NO. 25-cv-00747-SRN-DJF |
| Plaintiff, | ) ) ) **STIPULATION RE DISMISSAL** |
| v. | ) **OF ACTION** |
| DR globalTech, Inc., a Delaware corporation; Digital River, Inc., a Delaware corporation; and Realization Services, Inc., a New York corporation, | ) ) ) ) ) ) |
| Defendants. | ) |

___

Plaintiff Next Level Racing, LLC ("Plaintiff") and Defendants DR globalTech, Inc., Digital River, Inc., and Realization Services, Inc. (collectively, "Defendants"), through their undersigned counsel, hereby, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to a dismissal with prejudice of all claims and counterclaims, if any, asserted in this case by any party, and each party shall bear its own attorneys' fees, costs of court, and expenses.

Date: August 25, 2025

By: *s/ Shane M. Maguire*
Benjamin W. Hulse (MN #0390952)
Sheila S. Niaz (MN #0401884)
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: ben.hulse@nortonrosefulbright.com
       sheila.niaz@nortonrosefulbright.com

|  |  |
|---|---|
|  | Shane M. Maguire (*pro hac vice*)<br>Jessica M. Wan (*pro hac vice*)<br>Ferguson Case Orr Paterson LLP<br>1050 South Kimball Road<br>Ventura, CA 93004<br>Phone: (805) 659-6800<br>Email: smaguire@fcoplaw.com<br>          jwan@fcoplaw.com<br>**Attorneys for Plaintiff Next Level Racing LLC** |
| Date: August 25, 2025 | By:  *s/ Kirby C. Graff*<br>Kirby C. Graff (MN #0397330)<br>Sanford, Pierson, Thone & Strean, PLC<br>1905 E. Wayzata Boulevard, Suite 220<br>Wayzata, MN 55391<br>Phone: (952) 404-2100<br>Email: kirbyg@ssmnlaw.com<br>**Attorneys for Defendants DR globalTech, Inc., Digital River, Inc., and Realization Services, Inc.** |